RICHARD P. DUANE (SBN 37880)
(dickduane2004@yahoo.com)
DIANE STANTON (SBN 142196)
(stantonesq@sbcglobal.net)
DUANE & SELTZER, LLP
2000 Center Street, Suite 300
Berkeley, CA 94704
Tel:    (510) 841-8575
Fax:    (510) 845-3016

Attorneys for Plaintiff
PORTIA LEMMONS

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PORTIA LEMMONS, | Case No.  C 07-01198 MEJ |
| Plaintiff | PLAINTIFF'S CASE MANAGEMENT STATEMENT AND ORDER THEREON |
| vs. | |
| UNITED STATES POSTAL SERVICES, | Date: June 7, 2007 |
| Defendant. | Time: 10:00 a.m. |
| | Ctrm. B |

    Plaintiff PORTIA LEMMONS hereby submits this Case Management Conference Statement and requests a continuance of the Case Management Conference for the reasons set forth herein:

    Plaintiff filed this action for personal injuries against Defendant the United States Postal service on February 28, 2007, and personally served the defendant on March 13, 2007 by hand

Lemmons v. United States Postal Services
Plaintiff's Case Management Conference Statement

1

elivering the summons and complaint to the Postmaster, 2000 Allston Way in Berkeley.  This office was subsequently informed, through a letter from the United States Department of Justice, that the defendant was not properly served.  Plaintiff's counsel served the defendant by certified mail on May 30, 2007 in accordance with Rule 4 of the FRCP.

As Defendant is now being served, Plaintiff requests a continuance of the Case Management Conference to a future date that will permit Defendant to participate.

Respectfully submitted,

Dated: May 31, 2007         _____
                            DICK DUANE
                            DUANE & SELTZER
                            Attorneys for Plaintiff Portia Lemmons

**CASE MANAGEMENT ORDER**

The Court hereby orders that this Case Management Conference is continued to ____August 9_____ at $^{10}$ :__a_.m. in Courtroom B.

.DATED: ___June 4, 2007___         _____
                                   UNITED STATES MAGISTRATE JUDGE



Lemmons v. United States Postal Services
Plaintiff's Case Management Conference Statement

2