1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  SARA WINSLOW (DCBN 457643)
   Assistant United States Attorney
4
5  450 Golden Gate Ave., Box 36055
   San Francisco, CA 94102
   Telephone: (415) 436-6925
6  Facsimile: (415) 436-6748
   Email: sara.winslow@usdoj.gov
7
   Attorneys for Defendant
8

9            UNITED STATES DISTRICT COURT

10          NORTHERN DISTRICT OF CALIFORNIA

11             SAN FRANCISCO DIVISION

12
   PORTIA LEMMONS,                  )   No. C 07-01198 MEJ
13                                   )
        Plaintiff,                   )   **STIPULATION TO EXTEND CASE**
14                                   )   **MANAGEMENT CONFERENCE;**
        v.                           )   ~~[PROPOSED]~~ **ORDER**
15                                   )
   UNITED STATES POSTAL SERVICE,     )
16                                   )
        Defendant.                   )
17  _____  )

18
19      Subject to the Court's approval, the parties, through their undersigned counsel, hereby
20  agree and stipulate to continue the case management conference in the above-captioned case.
   The case management conference is currently scheduled for August 9, 2007.  The parties hereby
21  stipulate to continue the case management conference to September 6, 2007.  The continuance is
22  needed because the Assistant United States Attorney (AUSA) previously assigned to this case
23  unexpectedly had to undergo surgery on July 24, 2007, and is expected to be off work for
24  approximately six to eight weeks.  The case will be reassigned to another AUSA who begins
25  work on August 20, 2007.  Accordingly, the additional time is needed for the new AUSA to
26  begin work, become familiar with the case, and attend the case management conference.
27      IT IS SO STIPULATED.
28

STIP TO CONTINUE CMC
C 07-01198 MEJ                    -1-

1  DATED: July 31, 2007                    Respectfully submitted,

2                                          SCOTT N. SCHOOLS
                                           United States Attorney
3
                                                  /s/
4                                          _____
                                           SARA WINSLOW
5                                          Assistant United States Attorney
                                           Attorneys for Defendant
6

7
                                                  /s/
8  DATED: July 31, 2007                    _____
                                           DIANE STANTON
9                                          DUANE & SELTZER, LLP
                                           Attorneys for Plaintiff
10

11
                                    [PROPOSED] ORDER
12
         Pursuant to stipulation, IT IS HEREBY ORDERED that the case management conference
13
   currently scheduled for August 9, 2007 is continued to September 6, 2007 at 10:00 a.m. in
14                                                              30
   Courtroom B.  The joint case management statement is due by August 20, 2007.
15

16

17  DATED ___August 1_____, 2007     _____
                                           MARIA-ELENA JAMES
18                                         United States Magistrate Judge

19

20

21

22

23

24

25

26

27

28

STIP TO CONTINUE CMC
C 07-01198 MEJ                              -2-