1  RICHARD P. DUANE (SBN 37880)
   (dickduane2004@yahoo.com)
2  DIANE STANTON (SBN 142196)
   (stantonesq@sbcglobal.net)
3  DUANE & SELTZER, LLP
4  2000 Center Street, Suite 300
   Berkeley, CA 94704
5  Tel:   (510) 841-8575
6  Fax:   (510) 845-3016

7  Attorneys for Plaintiff
   PORTIA LEMMONS
8

9

10                     UNITED STATES DISTRICT COURT

11                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

12

13 | PORTIA LEMMONS, | Case No. C07-01198 MEJ |
   |---|---|
14 | Plaintiff | STIPULATION TO EXTEND DEADLINE FOR MEDIATION AND ~~(PROPOSED)~~ ORDER |
15 | vs. | |
16 | | |
17 | UNITED STATES POSTAL SERVICES, | |
18 | Defendant. | |
19 | _____ | |

20   Plaintiff Portia Lemmons and Defendant United States Postal Services, by and through their

21 attorneys, hereby stipulate that there is good cause for a continuation of the deadline to conduct

22 mediation in this matter. The mediator appointed in this action, Rebecca Dixon, has also agreed

23

24 that the parties may stipulate to a continuance of the mediation.

25   Under the ADR Local Rules, the mediation must be held no later than 90 days after the entry

26

27 Lemmons v. United States Postal Services:
   Stipulation to Extend Deadline for Mediation
                                         -1-
28

of the order referring the case to mediation. This case was referred to mediation on September 4, 2007, so the mediation deadline would be December 3, 2007. No prior request for an extension of time to conduct mediation has been made.

The stipulation to continue the deadline for mediation is made on the following grounds: Counsel agree there is various discovery still to be conducted before a meaningful attempt at ADR through mediation can take place, including the depositions of both Plaintiff and a U.S. Postal worker. The current schedules of both Plaintiff's counsel and the Assistant U.S. Attorney make it unlikely that the required discovery could occur prior to the mediation deadline. Plaintiff's counsel is the attorney of record representing a creditor in a bankruptcy proceeding in the State of Minnesota which will require him to travel out of state to conduct discovery in the early part of 2008.

The parties respectfully request that the Court grant a 90-day extension of the deadline to hold the mediation.

IT IS SO STIPULATED.

Dated: October 31, 2007          /s/
                                 RICHARD DUANE

Dated: October 31, 2007          /s/
                                 JENNIFER WANG

Lemmons v. United States Postal Services:
Stipulation to Extend Deadline for Mediation

-2-

1  PURSUANT TO STIPULATION, IT IS SO ORDERED. The Mediation ~~of this matter is~~
2  deadline is continued for 90 days
   ~~continued to~~ _____, ~~2007~~.
3
4
5  Date: October 31, 2007          _____
6                                  MARIA-ELENA JAMES
                                   United States Magistrate Judge
7

Lemmons v. United States Postal Services:
Stipulation to Extend Deadline for Mediation

-3-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Lemmons v. United States Postal Services:
Stipulation to Extend Deadline for Mediation

-4-