```
SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
JENNIFER S WANG (CSBN 233155)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6967
    FAX: (415) 436-6748
    Email: jennifer.s.wang@usdoj.gov

Attorneys for Defendant
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PORTIA LEMMONS, ) | No. 07-01198 MEJ |
| Plaintiff, ) | **STIPULATION RE: AMENDED COMPLAINT** |
| v. ) | |
| UNITED STATES POSTAL SERVICE, ) | |
| Defendant. ) | |

**STIPULATION**

1. On or about February 28, 2007, plaintiff Portia Lemmons filed a complaint against the United States Postal Service alleging negligence.

2. On July 30, 2007, defendant answered the complaint.

3. The parties hereby stipulate and agree to the filing of an amended complaint to substitute the United States for the United States Postal Service as defendant in this Federal Tort Claim Act action.

STIP. AND [PROPOSED] ORDER RE: AMENDED COMPL.
C07-01198 MEJ

4. The parties further stipulate and agree that the Answer previously filed on July 30, 2007 shall be deemed responsive to the amended complaint.

IT IS SO STIPULATED.

DATED: November 9, 2007                    Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

_____/s/_____
JENNIFER S WANG
Assistant United States Attorney

DATED: November 9, 2007                    _____/s/_____
RICHARD DUANE
Attorney for Plaintiff

## [PROPOSED] ORDER

IT IS SO ORDERED.

Dated: November 13, 2007                   _____
                                            MARIA-ELENA JAMES
                                            UNITED STATES MAGISTRATE JUDGE