JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MICHAEL T. PYLE (CSBN 172954)
Assistant United States Attorney
JENNIFER S WANG (CSBN 233155)
Assistant United States Attorney

  450 Golden Gate Avenue, Box 36055
  San Francisco, California 94102-3495
  Telephone: (415) 436-6967
  Facsimile:  (415) 436-6748
  Email: jennifer.s.wang@usdoj.gov

Attorneys for Federal Defendants

RICHARD P. DUANE
DIANE STANTON
Duane & Seltzer, LLP
2000 Center Street, Suite 300
Berkeley, CA 94704
Telephone:  (510) 841-8575
Fax:  (510) 845-3016

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PORTIA LEMMONS,<br><br>        Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant.<br>_____ | No. C 07-1198 MEJ<br><br>**STIPULATION AND [PROPOSED]<br>ORDER TO EXTEND DEADLINES** |

**STIPULATION**

   1. On October 31, 2007, the parties stipulated to extend the December 3, 2007deadline to conduct mediation in this matter to allow for completion of initial discovery necessary for a meaningful attempt at mediation and because plaintiff's counsel was required to travel out of state for another matter.

2.  On October 31, 2007, the Court filed an order extending the mediation deadline for 90 days.

3.  The parties agreed to a mediation date of January 24, 2008.  A representative for defendant with settlement authority traveled from St. Louis, Missouri to attend the mediation. On January 24, 2008, prior to the start of the mediation, the mediator and defendant's counsel were notified that plaintiff's counsel had been injured in an accident on January 23, 2008, and would be unable to attend the mediation.

4.  The mediator appointed to this matter is unavailable during the month of February.

5.  Currently the following deadlines have been set in this matter:

Deadline for ADR Mediation: March 3, 2008

Disclosure of Expert Witnesses: March 31, 2008

Rebuttal Expert Witnesses: April 10, 2008

Discovery Cut-Off: April 25, 2008

Dispositive Motions Filing Deadline: May 22, 2008

Hearing on Dispositive Motions: June 26, 2008

Joint Pre-trial Conference Statement: September 11, 2008

Pre-trial Conference:   September 25, 2008 at 10:00 a.m.

Trial Date: October 27, 2008

6.  At plaintiff's request, to allow time for plaintiff's counsel to recover from injuries he sustained during his accident, the parties stipulate to extend the mediation deadline and other deadlines set in this matter as follows:

Deadline for ADR Mediation: May 30, 2008

Disclosure of Expert Witnesses: June 30, 2008

Rebuttal Expert Witnesses: July 14, 2008

Discovery Cut-Off: August 4, 2008

Dispositive Motions Filing Deadline: August 21, 2008

Hearing on Dispositive Motions: September 25, 2008

Joint Pre-trial Conference Statement: December 15, 2008

1        Pre-trial Conference: January 8, 2009

2        Trial Date: February 9, 2009

3

4  IT IS SO STIPULATED.

5

6  DATED: February 27, 2008           Respectfully submitted,

7                               JOSEPH P. RUSSONIELLO
                                United States Attorney

8

9                                 /s/
                               _____

10                              JENNIFER S WANG
                              Assistant United States Attorney

11

12  DATED: February 27, 2008

13                               DUANE & SELTZER, LLP

14                              _____/s/ Dick Duane_____
                              Attorney for Plaintiff

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION & [PROPOSED] ORDER
C07-1198 MEJ

**~~[PROPOSED]~~ ORDER**

Pursuant to the parties' stipulation and good cause having been shown, it is ordered that:

1. The deadline for completing mediation in this matter is extended to May 30, 2008.

2. The deadline for disclosure of expert witnesses is extended to June 30, 2008.

3. The deadline for disclosure of rebuttal expert witnesses is extended to July 14, 2008.

4. The deadline for completion of all discovery is extended to August 4, 2008.

5. The deadline for filing dispositive motions is extended to August 21, 2008.

6. The last day for the hearing on dispositive motions is extended to September 25, 2008.

7. The deadline for filing a joint pre-trial conference statement is extended to December 15, 2008.

8. The Pre-trial Conference is continued to January 8, 2009.

9. The trial date is set for February 9, 2009.

IT IS SO ORDERED.

DATED: _____    March 3, 2008

_____
MARIA-ELENA JAMES
United States Magistrate Judge

STIPULATION & [PROPOSED] ORDER
C07-1198 MEJ