JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
JENNIFER S WANG (CSBN 233155)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6967
Facsimile:   (415) 436-6748
Email: jennifer.s.wang@usdoj.gov

Attorneys for Federal Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| PORTIA LEMMONS, | ) | No. 07-01198 MEJ |
| Plaintiff, | ) | |
| v. | ) | [~~PROPOSED~~] ORDER GRANTING REQUEST FOR TELEPHONIC APPEARANCE AT MEDIATION |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

[~~PROPOSED~~] ORDER

It is hereby ordered that the federal defendant's representative, Gwendolyn Murray, shall be allowed to appear at the mediation session in the above-captioned case via telephone pursuant to ADR L.R. 6-9(d).

IT IS SO ORDERED.

DATED: 4-29-08

WAYNE D. BRAZIL
United States Magistrate Judge