JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
JENNIFER S WANG (CSBN 233155)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6967
    Facsimile:  (415) 436-6748
    Email: jennifer.s.wang@usdoj.gov

Attorneys for Federal Defendants

RICHARD P. DUANE
DIANE STANTON
Duane & Seltzer, LLP
2000 Center Street, Suite 300
Berkeley, CA 94704
Telephone:  (510) 841-8575
Fax:  (510) 845-3016

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| PORTIA LEMMONS, | ) | No. C 07-1198 MEJ |
| Plaintiff, | ) | |
| v. | ) | **STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES** |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

## STIPULATION

1. On October 31, 2007, pursuant to the parties' stipulation, the Court filed an order extending the mediation deadline in the above-captioned matter for 90 days.

2. On February 27, 2008, at plaintiff's request, the parties stipulated to extend the mediation and discovery deadlines, and the pretrial and trial dates to allow plaintiff's counsel time to recover from injuries he sustained during an accident in January 2008.

3. On March 3, 2008, the Court filed an order extending the mediation and discovery deadlines, and pretrial and trial dates as follows:

    Deadline for ADR Mediation: May 30, 2008

    Disclosure of Expert Witnesses: June 30, 2008

    Rebuttal Expert Witnesses: July 14, 2008

    Discovery Cut-Off: August 4, 2008

    Dispositive Motions Filing Deadline: August 21, 2008

    Hearing on Dispositive Motions: September 25, 2008

    Joint Pre-trial Conference Statement: December 15, 2008

    Pre-trial Conference: January 8, 2009

    Trial Date: February 9, 2009

4. The parties have identified several ongoing discovery issues. Given the outstanding discovery issues, the parties seek an extension of the deadlines for expert and fact discovery to seek resolution of their discovery disputes. The parties stipulate to extend the expert and fact discovery deadline, and deadline for dispositive motions as follows:

    Disclosure of Expert Witnesses: September 30, 2008

    Rebuttal Expert Witnesses: October 20, 2008

    Fact Discovery Cut-Off: November 3, 2008

    Expert Discovery Cut-Off: November 21, 2008

    Deadline for filing Dispositive Motions: November 6, 2008

    Last Day for Hearing Dispositive Motions: December 11, 2008

IT IS SO STIPULATED.

DATED: June 20, 2008                        Respectfully submitted,

                                              JOSEPH P. RUSSONIELLO
                                              United States Attorney

                                              /s/_____
                                              JENNIFER S WANG
                                              Assistant United States Attorney

STIPULATION & [PROPOSED] ORDER
C07-1198 MEJ

DATED: June 19, 2008

DUANE & SELTZER, LLP

_/s/_ Richard P. Duane_____
Attorney for Plaintiff

**~~[PROPOSED]~~ ORDER**

Pursuant to the parties' stipulation and good cause having been shown, it is ordered that:

1. The deadline for disclosure of expert witnesses is extended to September 30, 2008.
2. The deadline for disclosure of rebuttal expert witnesses is extended to October 20, 2008.
3. The deadline for completion of fact discovery is extended to November 3, 2008.
4. The deadline for completion of expert discovery is extended to November 21, 2008.
5. The deadline for filing dispositive motions is extended to November 6, 2008.
6. The last day for the hearing on dispositive motions is extended to December 11, 2008.

IT IS SO ORDERED.

DATED: June 23, 2008

_____
MARIA ELENA JAMES
United States Magistrate Judge

STIPULATION & [PROPOSED] ORDER
C07-1198 MEJ