IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PORTIA LEMMONS,

        Plaintiff(s),

  vs.

UNITED STATES POSTAL SERVICE,

        Defendant(s).

No. C 07-1198 MEJ

**ORDER RE DISCOVERY DISPUTES**

The Court is in receipt of Defendant's letter regarding Plaintiff's psychological records and IME. (Dkt. #28.) As the letter does not include Plaintiff's position, it does not comply with the undersigned's discovery standing order. Accordingly, the Court shall not consider it, and the parties shall file a joint letter of no more than five pages, with relevant attachments.

**IT IS SO ORDERED.**

Dated: September 23, 2008

                                    MARIA-ELENA JAMES
                                    United States Magistrate Judge