JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
JENNIFER S WANG (CSBN 233155)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6967
FAX: (415) 436-6748
Email: jennifer.s.wang@usdoj.gov

Attorneys for Defendant

**GRANTED**
Judge Maria-Elena James

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PORTIA LEMMONS, | No. C 07-01198 MEJ |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

**TO: THE COURT AND TO ALL PARTIES:**

Please take notice that the above-captioned case has settled. The parties will be filing a settlement agreement shortly for the Court's approval. The parties jointly request that all current dates be vacated.

DATED: September 25, 2008

Respectfully submitted,
JOSEPH P. RUSSONIELLO
United States Attorney

_____/s/_____
JENNIFER S WANG
Assistant United States Attorney

Dated: September 26, 2008

NOTICE OF SETTLEMENT
C 07-01198 MEJ

1