RICHARD P. DUANE (SBN 37880)
(dickduane2004@yahoo.com)
DUANE & SELTZER, LLP
2000 Center Street, Suite 300
Berkeley, CA 94704
Tel:   (510) 841-8575
Fax:   (510) 845-3016

Attorneys for Plaintiff
PORTIA LEMMONS

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PORTIA LEMMONS, | Case No. C07-01198 MEJ |
| Plaintiff | STIPULATION TO ENTRY OF DISMISSAL WITH PREJUDICE AND (PROPOSED) ORDER |
| vs. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

WHEREAS, a settlement of this action has been reached between the parties in this action,

/

/

/

<u>Lemmons v. United States Postal Services</u>:
Stipulation to Entry of Dismissal

-1-

| | |
|---|---|
| 1 | IT IS HEREBY STIPULATED AND AGREED by and between the parties in this action |
| 2 | through their attorneys, that a Dismissal with Prejudice be entered in this action. |

DUANE & SELTZER, LLP

DATED: December 8, 2008

/s/ Richard Duane /VSB/

RICHARD DUANE
Attorney for Plaintiff
Portia Lemmons

DATED: 12/9/08

JENNIFER WANG
Assistant United States Attorney
Attorney for Defendant
United States of America

**IT IS SO ORDERED:** That the Stipulation of Dismissal with Prejudice is granted and this entire action is dismissed.

DATED: December 9, 2008

_____
Honorable Maria-Elena James
United States District Court Judge
Northern District of California

Lemmons v. United States Postal Services:
Stipulation to Entry of Dismissal

-2-